JS-6

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.: CV 11-04345-DMG(VBKx) |
| Plaintiff, | ) **CONSENT JUDGMENT [24]** |
| vs. | ) |
| 11,454 CARTONS OF KOREAN WINE | ) |
| Defendant. | ) |
| WOORISOOL, INC., | ) |
| Claimants. | ) |

Plaintiff United States of America and claimant Woorisool, Inc. have made a stipulated request for the entry of this consent judgment of dismissal for the purpose of resolving all claims arising out of this civil forfeiture action against (1) the defendant 11,454 Cartons of Korean Wine (Asset ID Nos. 11-IRS-000338 and 11-IRS-000339) and (2) all proceeds from the sale of said asset. No other party has made or is believed to have any claim to either the defendant asset or the sales proceeds, and the time for filing claims has expired.

Good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that this action is dismissed.

The Court finds that there was reasonable cause for the seizure of the defendant asset and the institution of this action.  This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.  Each of the parties shall bear its own fees and costs in connection with the seizure, retention, and sale of the defendant asset.

DATED:  May 30, 2014            _____
                                         DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE